IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| WANDA WILLIAMS | § | PLAINTIFF |
| | § | |
| v. | § | CIVIL ACTION NO. 1:04cv769-LG-RHW |
| | § | |
| PAT H. WATTS, JR., et al. | § | DEFENDANTS |

## JUDGMENT

This matter having come on to be heard on the Report and Recommendation of United States Magistrate Judge Robert H. Walker [21] , the Court, after a full review and consideration of the Report and Recommendation, the pleadings on file, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation of Magistrate Judge Robert H. Walker entered on April 2, 2007, be, and the same hereby is, adopted as the finding of this Court.  The plaintiff's claims are hereby dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 23th day of April, 2007.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE